IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS, JR.,                                                            PLAINTIFF
ADC #93197

v.                                    No. 4:10CV01759 JLH-JTK

BRIAN YOUNT, et al.                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE